■ In the Matter of JOSEPH P. NAPOLI, a Disbarred Attorney. [728 NYS2d 369] —Reinstatement denied. No opinion. Concur—Rosenberger, J. P., Ellerin, Lerner, Friedman and Marlow, JJ.